[Crim. No. 845. Third Appellate District.—June 2, 1925.]

## THE PEOPLE, Respondent, v. JAMES WARREN, Appellant.

[1] CRIMINAL LAW—SEX PERVERSION—APPEAL—ABSENCE OF APPEARANCE FOR APPELLANT—EVIDENCE.—On this appeal from a judgment of conviction of the crime of sex perversion as defined by section 288a of the Penal Code, no brief having been filed on behalf of appellant, and the cause having been placed on the calendar for oral argument, but no appearance having been made on behalf of appellant and the cause having been ordered submitted on the record, and the evidence having been sufficient to sustain the conviction and no error having been discovered in the record, the judgment was affirmed.

---

(1) 17 C. J., p. 364, n. 28, 28 New.

1. See 8 Cal. Jur. 541.

APPEAL from a judgment of the Superior Court of Merced County and from an order denying a new trial. E. N. Rector, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—The defendant was convicted of the crime of sex perversion as defined by section 288a of the Penal Code. He moved for a new trial and the motion was denied. This appeal is from the judgment and the order denying a new trial.

[1] The transcript was filed in this court February 11, 1925. No brief has been filed by appellant. The cause was placed on the calendar to be orally argued June 1, 1925. No appearance was made in behalf of appellant and the cause was ordered submitted on the record. The evidence is sufficient to sustain the conviction and no error has been discovered in the record.

The judgment and the order are affirmed.